## Helen S. Asher, Appellant, v. Lucius Teter et al., Appellees.

Gen. No. 41,970.

Heard in second division, first district, this court at October term, 1941; opinion filed March 24, 1942. Norman Asher, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; I. E. Ferguson, of counsel. Opinion by JUSTICE SULLIVAN. "Not to be published in full."